1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH DUCATO, ) | Case No.: 14-cv-01875-LHK |
| ) | |
| Plaintiff, ) | |
| ) | MINUTE ORDER AND CASE |
| v. ) | MANAGEMENT ORDER |
| ) | |
| U.A. LOCAL NO. 393 BENEFIT FUNDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Clerk:  Stacy Sakamoto          Plaintiff's Attorney: J. Philip Martin
Reporter:  Summer Fisher        Defendant's Attorney: Michael James Korda

An initial case management conference was held on September 3, 2014.  A further case management conference is set for January 28, 2015, at 2 p.m.

The parties stipulated to private mediation with a deadline of January 15, 2015, which the Court granted on August 6, 2014, ECF No. 16.

The parties shall exchange their initial disclosures by September 15, 2014 and exchange documents by October 10, 2014.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: October 31, 2014

FACT DISCOVERY CUTOFF: December 12, 2014

EXPERT DISCOVERY:
    Opening Reports: January 15, 2015
    Rebuttal Reports: January 29, 2015
    Close of Expert Discovery: February 12, 2015

DISPOSITIVE MOTIONS shall be filed by February 26, 2015, and set for hearing on April 9, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: June 11, 2015, at 1:30 p.m.

1

Case No.: 14-cv-01875-LHK
CASE MANAGEMENT AND MINUTE ORDER

1   COURT TRIAL: July 6, 2015, at 9 a.m. Trial is expected to last 2 days.

2   **IT IS SO ORDERED.**

3   Dated:        September 3, 2014

4                                                                LUCY H. KOH
                                                                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 14-cv-01875-LHK
CASE MANAGEMENT AND MINUTE ORDER