United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH DUCATO,<br><br>             Plaintiff,<br><br>        v.<br><br>U.A LOCAL NO. 393 BENEFIT FUNDS,<br>             Defendant. | Case No.  14-cv-01875-LHK<br><br>**JUDGMENT** |

The Court has granted Defendant's motion for summary judgment. *See* ECF No. 34. The Clerk of the Court shall therefore enter judgment in favor of Defendant.

**IT IS SO ORDERED.**

Dated: April 22, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.14-cv-01875-LHK
JUDGMENT

1